FILED

APR 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KEITH RUSSELL JUDD,<br><br>Petitioner. | No. 02-80025<br><br>DC# CV-13-19-DWM<br>Montana (Helena)<br><br>ORDER |

Before: TROTT, PAEZ, and NGUYEN, Circuit Judges.

This court has reviewed the notice of appeal and accompanying documents filed April 15, 2013 in the above-referenced district court docket pursuant to the pre-filing review order entered in this docket. Because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007).

This order, served on the district court for the District of Montana, shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions regarding this order shall be filed or entertained.

SVG/Pro Se